# Third District Court of Appeal

### State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2136
Lower Tribunal No. F02-2830

_____

## Maurice Carmichael,
Appellant,

vs.

## State of Florida,
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Maurice Carmichael, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed.